33 So.2d 272

**Nellie MOORE v. Harry E. MOORE.**
6 Div. 646.

Supreme Court of Alabama.
Dec. 2, 1947.

H. M. Powell, of Birmingham, for appellant.

PER CURIAM.
Appeal dismissed, motion of appellant.

35 So.2d 915

**Walter SIMMONS, Jr. v. STATE.**
6 Div. 664.

Supreme Court of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed, motion of appellant.

35 So.2d 915

**Susie SIMS et al. v. N. L. SIMS.**
5 Div. 446.

Supreme Court of Alabama.
April 15, 1948.

Chas. S. Moon, of LaFayette, for appellants.
Hines & Hines, of LaFayette, for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.

33 So.2d 273

**McDuffie STALLWORTH et al. v. J. B. WARD, Guardian.**
2 Div. 249.

Supreme Court of Alabama.
Oct. 27, 1947.

PER CURIAM.
Appeal dismissed, motion of appellants.

35 So.2d 915

**STATE et al. v. Ruby THOMPSON.**
6 Div. 442.

Supreme Court of Alabama.
April 15, 1948.

PER CURIAM.
Appeal dismissed for noncompliance with Code 1940, Title 15, § 369.

34 So.2d 866

**R. A. WALDROP (Dixie Auto Auction Sales) v. CITY OF BIRMINGHAM.**
6 Div. 696.

Supreme Court of Alabama.
March 10, 1948.

Wilkinson & Skinner, of Birmingham, for appellant.

PER CURIAM.
Appeal dismissed, motion of appellant without prejudice.